UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO B. SALMON, | Case No. CV 06-7790 PSG(JC) |
| Petitioner, | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| MICHAEL KNOWLES, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Second Amended Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections").[1]  The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.  The

---

[1] The Court construes petitioner's "Answer of Court Proposed Order and Judgment: Personal Request and Reason for Request" to be his Objections.  To the extent the Objections request that the Court's file remain active, "re-entry into [the District Court], discovery or other miscellaneous assistance of the Court, such requests are denied.

Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 3, 2011

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE