UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO B. SALMON, | Case No. CV 06-7790 PSG(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| MICHAEL KNOWLES, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative Second Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: March 3, 2011

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE